# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00280-RJC-DSC

| | |
|---|---|
| **STEPHEN MARC COMER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| **ACCENTURE LLP,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Benjamin M. Ostrander and Michael P. Roche]" (documents # 4 and 5) filed June 4, 2014. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: June 4, 2014

David S. Cayer
United States Magistrate Judge