# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Civil Action No.: 3:14-cv-280-RJC-DSC

| | |
|---|---|
| STEPHEN MARC COMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ACCENTURE CREDIT SERVICES LLC, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Agreed Motion to Extend Mediation Cutoff" (Dkt. #11), filed July 29, 2014. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED.**

Signed: July 30, 2014

David S. Cayer
United States Magistrate Judge